# United States District Court
## Southern District of Georgia

JAMES CORMIGAN,

Petitioner,

v.

COUNSELOR CREDIANE BURDEN, SGT CONSUAYLA TARVER

Respondent.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 6:18-cv-78

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's order dated July 2, 2019, consolidating all pleadings in case number 6:18-cv-78 into case number 6:18-cv-61, this case is dismissed and closed.

Approved by: _____

July 8, 2019
Date

Scott L. Poff
Clerk

(By) Deputy Clerk